IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

|  |  |  |
|---|---|---|
| In re DELL INC. ERISA LITIGATION | ) ) ) | Case No. A-06-CA-758-SS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | ) ) ) ) ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to the above-captioned actions hereby stipulate to the dismissal of each individual plaintiff's action with prejudice. Each plaintiff's dismissal is not intended to be, nor is it, binding on any other member of the uncertified class on whose behalf plaintiffs brought this action. All parties shall bear their own costs and fees.

October 20, 2008.


 /s/ Lynn Lincoln Sarko (w/permission)
Lynn Lincoln Sarko
Derek W. Loeser
Erin M. Riley
Raymond J. Farrow
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

Robert A. Izard
Mark P. Kindall
IZARD NOBEL LLP
20 Church Street, Suite 1700
Hartford, CT 06103
Telephone: (860) 493-6292
Facsimile: (860) 493-6290

CO-LEAD COUNSEL FOR PLAINTIFFS
ANDRE BOWEN, DAVID NORMAN,
ENRIQUE RANGEL, JR. AND
GERALD S. LEE

Thomas H. Watkins
Albert A. Carrion, Jr.
BROWN MCCARROLL, L.L.P.
11 1 Congress Avenue, Suite 1400
Austin, Texas 78701
Telephone: (512) 472-5456
Facsimile: (512) 480-5033

LIAISON COUNSEL FOR PLAINTIFFS
ANDRE BOWEN, DAVID NORMAN,
ENRIQUE RANGEL, JR. AND
GERALD S. LEE

 /s/ Michael L. Davitt
Brian S. Greig (bgreig@fulbright.com)
Peter A. Stokes (pstokes@fulbright.com)
FULBRIGHT & JAWORSKI L.L.P.
600 Congress Avenue, Suite 2400
Austin, Texas  78701-3271
Telephone:  (512) 474-5201
Facsimile:  (512) 536-4598

Patricia J. Villareal (pjvillareal@jonesday.com)
Thomas R. Jackson (trjackson@jonesday.com)
Greg L. Weselka (gweselka@jonesday.com)
Michael L. Davitt (mldavitt@jonesday.com)
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201
(214) 220-3939 – Telephone
(214) 969-5100 – Facsimile

James P. Baker (jpbaker@jonesday.com)
JONES DAY
555 California Street, 26th Floor
San Francisco,  California  94104
(415) 626-3939 – Telephone
(415) 875-5700 – Facsimile

COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of October, 2008, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system which will send

notification of such filing to the following:

Albert A. Carrion, Jr.
Thomas H. Watkins
Brown, McCarroll LLP.
111 Congress Ave., Suite 1400
Austin, TX 78701

David R. Scott
Scott & Scott, LLC
108 Norwich Ave.
P.O. Box 192
Colchester, CT  06415

Kip B. Schuman
The Shuman Law Firm
885 Arapahoe Avenue
Boulder, CO  80302

Jeffrey A. Berens
Dyer & Berens LLP
682 Grant Street
Denver, CO 80203

W. Thomas Jacks
Fish & Richardson, P.C.
111 Congress Avenue, Suite 810
Austin, TX 78701

James M. McCormack
Tomblin Carnes McCormack, LLP
816 Congress Ave., Suite 1510
Austin, TX  78701

Geoffrey M. Johnson
Scott & Scott, LLC
33 River Street
Chagrin Falls, OH  44022

Gary A. Gotto
Keller Rohrback LLP
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012

Lynn L. Sarko
Raymond J. Farrow
Derek W. Loeser
Erin M. Riley
Keller Rohrback LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101

Robert A. Izard
Mark P. Kindall
Schatz Nobel Izard, P.C.
20 Church Street, Suite 1700
Hartford, CT  06103

Thomas J. McKenna
Gainey & McKenna
295 Madison Avenue
New York, NY  10017

and I hereby certify that I have mailed by United States Postal Service the document to the

following non-CM/ECF participant:

Lori G. Feldman
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
New York, NY  10119-0165

Zhai Zhigang
Robert Scott Philpott
Story Musgrave
Gary Kleypas
P.O. Box 133
Endicott, NY  13760

Jonathan Lee Riches
BOP #40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC  29590

                    /s/ Michael L. Davitt